**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>VALARIS PLC, THOMAS P. BURKE, and JONATHAN H. BAKSHT,<br><br>    Defendants | Case No. 1:19-cv-07816-NRB<br><br>CLASS ACTION<br><br>Hon. Naomi Reice Buchwald |

**NOTICE OF MOTION OF CHARLES MOOSA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Movant Charles Moosa ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired securities of Valaris plc ("Valaris" or the "Company") from April 11, 2019 to July 31, 2019, inclusive; (2) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper. This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Shannon L. Hopkins filed herewith and all exhibits thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff on behalf of all similarly situated Valaris investors; (2) approve Movant's selection of Levi & Korsinsky as Lead Counsel for the putative class; and (3) grant such other and further relief as the Court may deem just and proper.

## YOUR HONOR'S INDIVIDUAL RULES OF PRACTICE

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may move the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movant's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time.  As a result, counsel for Movant respectfully requests that Rule. 2.B. of your Honor's Individual Rules of Practice be waived for this motion.

Dated: October 21, 2019

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Movant and [Proposed] Lead Counsel for the Class*

2