**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>VALARIS PLC, THOMAS P. BURKE, and JONATHAN H. BAKSHT,<br><br>    Defendants | Case No. 1:19-cv-07816<br><br>CLASS ACTION<br><br>Hon. Naomi Reice Buchwald |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF CHARLES MOOSA'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm of Levi & Korsinsky, LLP, proposed lead counsel for lead plaintiff movant Charles Moosa ("Movant") in the above-captioned action (the "Action"). I submit this Declaration in support of Movant's Motion for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired securities of Valaris plc ("Valaris" or the "Company") from April 11, 2019 to July 31, 2019, inclusive; (2) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

2.      Attached hereto as Exhibit A is a true and correct copy of Movant's PSLRA Certification attesting to his transactions in Valaris securities during the Class Period.

3.      Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.      Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in the Southern District of New York on August 20, 2019.

5.      Attached hereto as Exhibit D is a true and correct copy of Levi & Korsinsky's firm résumé.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 21st day of October 2019 at Stamford, Connecticut.

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com


*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*