# EXHIBIT B

| Client Name | Charles Moosa |
|---|---|
| Company Name | Valaris plc |
| Ticker Symbol | ESV/VAL |
| Security Type | |
| Class Period Start | 04-11-2019 |
| Class Period End | 07-31-2019 |
| 90-DAY Lookback Period Start | 08-01-2019 |
| 90-DAY Lookback Period End | 10-20-2019 |
| 90-DAY Lookback Average | $ 05.57 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $328,543.69 |
| Gross Shares Purchased | 63,000.00 |
| Net Funds Expended | $ 328,543.69 |

**Charles Moosa**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | | LIFO |
| 04-30-2019 | 100 | 14 | $ 1,400.00 | 05-24-2019 | 100 | | $ 08.76 | $ 876.00 | - | - | - | $ 05.57 | | | $ 524.00 |
| 04-30-2019 | 1600 | 14 | $ 22,400.00 | 05-24-2019 | 1600 | | $ 08.76 | $ 14,016.00 | - | - | - | $ 05.57 | | | $ 8,384.00 |
| 04-30-2019 | 300 | 13.99 | $ 4,197.00 | 05-24-2019 | 300 | | $ 08.76 | $ 2,628.00 | - | - | - | $ 05.57 | | | $ 1,569.00 |
| 04-30-2019 | 1000 | 13.99 | $ 13,990.00 | 05-24-2019 | 1000 | | $ 08.76 | $ 8,760.10 | - | - | - | $ 05.57 | | | $ 5,229.90 |
| 04-30-2019 | 2000 | 13.9988 | $ 27,997.60 | 05-24-2019 | 2000 | | $ 08.80 | $ 17,604.20 | - | - | - | $ 05.57 | | | $ 10,393.40 |
| 04-30-2019 | 3000 | 13.9988 | $ 41,996.40 | 05-24-2019 | 3000 | | $ 08.81 | $ 26,415.00 | - | - | - | $ 05.57 | | | $ 15,581.40 |
| 04-30-2019 | 1000 | 13.9888 | $ 13,988.80 | 05-24-2019 | 1000 | | $ 08.76 | $ 8,760.10 | - | - | - | $ 05.57 | | | $ 5,228.70 |
| 04-30-2019 | 3000 | 13.9888 | $ 41,966.40 | 05-24-2019 | 3000 | | $ 08.81 | $ 26,420.70 | - | - | - | $ 05.57 | | | $ 15,545.70 |
| 04-30-2019 | 1000 | 13.9888 | $ 13,988.80 | 05-24-2019 | 1000 | | $ 08.80 | $ 8,802.10 | - | - | - | $ 05.57 | | | $ 5,186.70 |
| 04-30-2019 | 1300 | 14 | $ 18,200.00 | 05-24-2019 | 1300 | | $ 08.76 | $ 11,388.13 | - | - | - | $ 05.57 | | | $ 6,811.87 |
| 04-30-2019 | 100 | 13.9981 | $ 1,399.81 | 05-24-2019 | 100 | | $ 08.76 | $ 876.01 | - | - | - | $ 05.57 | | | $ 523.80 |
| 04-30-2019 | 100 | 13.998 | $ 1,399.80 | 05-24-2019 | 100 | | $ 08.76 | $ 876.01 | - | - | - | $ 05.57 | | | $ 523.79 |
| 04-30-2019 | 200 | 13.998 | $ 2,799.60 | 05-24-2019 | 200 | | $ 08.76 | $ 1,752.02 | - | - | - | $ 05.57 | | | $ 1,047.58 |
| 04-30-2019 | 100 | 13.9979 | $ 1,399.79 | 05-24-2019 | 100 | | $ 08.76 | $ 876.01 | - | - | - | $ 05.57 | | | $ 523.78 |
| 04-30-2019 | 200 | 13.9979 | $ 2,799.58 | 05-24-2019 | 200 | | $ 08.76 | $ 1,752.02 | - | - | - | $ 05.57 | | | $ 1,047.56 |
| 04-30-2019 | 300 | 13.9979 | $ 4,199.37 | 05-24-2019 | 300 | | $ 08.76 | $ 2,628.00 | - | - | - | $ 05.57 | | | $ 1,571.37 |
| 04-30-2019 | 100 | 13.9945 | $ 1,399.45 | 05-24-2019 | 100 | | $ 08.76 | $ 876.00 | - | - | - | $ 05.57 | | | $ 523.45 |
| 04-30-2019 | 600 | 13.99 | $ 8,394.00 | 05-24-2019 | 600 | | $ 08.76 | $ 5,256.00 | - | - | - | $ 05.57 | | | $ 3,138.00 |
| 04-30-2019 | 3000 | 13.9834 | $ 41,950.20 | 05-24-2019 | 3000 | | $ 08.77 | $ 26,316.30 | - | - | - | $ 05.57 | | | $ 15,633.90 |
| 04-30-2019 | 2000 | 13.9834 | $ 27,966.80 | 05-24-2019 | 2000 | | $ 08.76 | $ 17,520.00 | - | - | - | $ 05.57 | | | $ 10,446.80 |
| 04-30-2019 | 2000 | 13.9799 | $ 27,959.80 | 05-24-2019 | 2000 | | $ 08.81 | $ 17,625.60 | - | - | - | $ 05.57 | | | $ 10,334.20 |
| 04-30-2019 | 3000 | 13.9799 | $ 41,939.70 | 05-24-2019 | 3000 | | $ 08.78 | $ 26,346.30 | - | - | - | $ 05.57 | | | $ 15,593.40 |
| 04-30-2019 | 400 | 13.98 | $ 5,592.00 | 05-24-2019 | 400 | | $ 08.81 | $ 3,525.12 | - | - | - | $ 05.57 | | | $ 2,066.88 |
| 04-30-2019 | 100 | 13.98 | $ 1,398.00 | 05-24-2019 | 100 | | $ 08.75 | $ 875.08 | - | - | - | $ 05.57 | | | $ 522.92 |
| 04-30-2019 | 100 | 13.98 | $ 1,398.00 | 05-24-2019 | 100 | | $ 08.76 | $ 875.50 | - | - | - | $ 05.57 | | | $ 522.50 |
| 04-30-2019 | 100 | 13.98 | $ 1,398.00 | 05-24-2019 | 100 | | $ 08.75 | $ 875.30 | - | - | - | $ 05.57 | | | $ 522.70 |
| 04-30-2019 | 1000 | 13.98 | $ 13,980.00 | 05-24-2019 | 1000 | | $ 08.75 | $ 8,751.00 | - | - | - | $ 05.57 | | | $ 5,229.00 |
| 04-30-2019 | 1500 | 13.98 | $ 20,970.00 | 05-24-2019 | 1500 | | $ 08.75 | $ 13,125.15 | - | - | - | $ 05.57 | | | $ 7,844.85 |
| 04-30-2019 | 100 | 13.98 | $ 1,398.00 | 05-24-2019 | 100 | | $ 08.75 | $ 875.01 | - | - | - | $ 05.57 | | | $ 522.99 |
| 04-30-2019 | 200 | 13.98 | $ 2,796.00 | 05-24-2019 | 200 | | $ 08.75 | $ 1,750.00 | - | - | - | $ 05.57 | | | $ 1,046.00 |
| 04-30-2019 | 600 | 13.98 | $ 8,388.00 | 05-24-2019 | 600 | | $ 08.81 | $ 5,287.68 | - | - | - | $ 05.57 | | | $ 3,100.32 |
| 04-30-2019 | 800 | 13.9799 | $ 11,183.92 | 05-24-2019 | 800 | | $ 08.75 | $ 7,000.64 | - | - | - | $ 05.57 | | | $ 4,183.28 |
| 04-30-2019 | 100 | 13.975 | $ 1,397.50 | 05-24-2019 | 100 | | $ 08.75 | $ 875.08 | - | - | - | $ 05.57 | | | $ 522.42 |
| 04-30-2019 | 3000 | 13.99 | $ 41,970.00 | 05-24-2019 | 3000 | | $ 08.76 | $ 26,280.00 | - | - | - | $ 05.57 | | | $ 15,690.00 |
| 04-30-2019 | 2000 | 13.99 | $ 27,980.00 | 05-24-2019 | 2000 | | $ 08.75 | $ 17,501.60 | - | - | - | $ 05.57 | | | $ 10,478.40 |
| 04-30-2019 | 3000 | 14.0099 | $ 42,029.70 | 05-24-2019 | 3000 | | $ 08.76 | $ 26,265.00 | - | - | - | $ 05.57 | | | $ 15,764.70 |
| 04-30-2019 | 2000 | 14.0054 | $ 28,010.80 | 05-24-2019 | 2000 | | $ 08.77 | $ 17,544.20 | - | - | - | $ 05.57 | | | $ 10,466.60 |
| 04-30-2019 | 3000 | 14.0054 | $ 42,016.20 | 05-24-2019 | 3000 | | $ 08.76 | $ 26,282.70 | - | - | - | $ 05.57 | | | $ 15,733.50 |
| 04-30-2019 | 100 | 13.99 | $ 1,399.00 | 05-24-2019 | 100 | | $ 08.77 | $ 877.21 | - | - | - | $ 05.57 | | | $ 521.79 |
| 04-30-2019 | 200 | 13.99 | $ 2,798.00 | 05-24-2019 | 200 | | $ 08.77 | $ 1,754.42 | - | - | - | $ 05.57 | | | $ 1,043.58 |
| 04-30-2019 | 700 | 13.99 | $ 9,793.00 | 05-24-2019 | 700 | | $ 08.77 | $ 6,139.00 | - | - | - | $ 05.57 | | | $ 3,654.00 |
| 04-30-2019 | 700 | 13.99 | $ 9,793.00 | 05-24-2019 | 700 | | $ 08.77 | $ 6,140.47 | - | - | - | $ 05.57 | | | $ 3,652.53 |
| 04-30-2019 | 1000 | 13.99 | $ 13,990.00 | 05-24-2019 | 1000 | | $ 08.78 | $ 8,780.10 | - | - | - | $ 05.57 | | | $ 5,209.90 |
| 04-30-2019 | 2300 | 13.99 | $ 32,177.00 | 05-24-2019 | 2300 | | $ 08.77 | $ 20,171.00 | - | - | - | $ 05.57 | | | $ 12,006.00 |
| 04-30-2019 | 500 | 13.96 | $ 6,980.00 | 05-24-2019 | 500 | | $ 08.78 | $ 4,390.05 | - | - | - | $ 05.57 | | | $ 2,589.95 |
| 04-30-2019 | 500 | 13.96 | $ 6,980.00 | 05-24-2019 | 500 | | $ 08.78 | $ 4,390.00 | - | - | - | $ 05.57 | | | $ 2,590.00 |
| 04-30-2019 | 2000 | 13.96 | $ 27,920.00 | 05-24-2019 | 2000 | | $ 08.78 | $ 17,560.20 | - | - | - | $ 05.57 | | | $ 10,359.80 |
| 04-30-2019 | 1000 | 13.9999 | $ 13,999.90 | 05-24-2019 | 1000 | | $ 08.79 | $ 8,791.70 | - | - | - | $ 05.57 | | | $ 5,208.20 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-30-2019 | 100 | 13.9999 | $ 1,399.99 | 05-24-2019 | 100 | $ 08.78 | $ 878.19 | - | - | - | $ 05.57 | $ 521.84 |
| 04-30-2019 | 1900 | 13.9999 | $ 26,599.81 | 05-24-2019 | 1900 | $ 08.78 | $ 16,682.19 | - | - | - | $ 05.57 | $ 9,917.62 |
| 04-30-2019 | 900 | 14 | $ 12,600.00 | 05-24-2019 | 900 | $ 08.80 | $ 7,921.89 | - | - | - | $ 05.57 | $ 4,678.11 |
| 04-30-2019 | 2000 | 14 | $ 28,000.00 | 05-24-2019 | 2000 | $ 08.79 | $ 17,583.40 | - | - | - | $ 05.57 | $ 10,416.60 |
| 04-30-2019 | 100 | 13.99 | $ 1,399.00 | 05-24-2019 | 100 | $ 08.80 | $ 880.21 | - | - | - | $ 05.57 | $ 518.79 |
| 04-30-2019 | 67 | 13.9992 | $ 937.95 | 05-24-2019 | 67 | $ 08.81 | $ 590.27 | - | - | - | $ 05.57 | $ 347.68 |
| 04-30-2019 | 100 | 13.9992 | $ 1,399.92 | 05-24-2019 | 100 | $ 08.81 | $ 880.50 | - | - | - | $ 05.57 | $ 519.42 |
| 04-30-2019 | 2833 | 13.9992 | $ 39,659.73 | 05-24-2019 | 2833 | $ 08.77 | $ 24,845.41 | - | - | - | $ 05.57 | $ 14,814.32 |
| 04-30-2019 | 2000 | 13.9992 | $ 27,998.40 | 05-24-2019 | 2000 | $ 08.80 | $ 17,604.20 | - | - | - | $ 05.57 | $ 10,394.20 |
| **Total:** | **63,000.00** | | **$ 881,463.72** | | **63,000.00** | | **$ 552,920.03** | | | | | **$ 328,543.69** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.