**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-07816-NRB |
| Plaintiff, | |
| v. | |
| VALARIS PLC, THOMAS P. BURKE, and JONATHAN H. BAKSHT, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MARK RODGERS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered the motion of Mark Rodgers for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Mark Rodgers as Lead Plaintiff; and

3.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel for the class.


IT IS SO ORDERED.


Dated: _____, 2019        _____
                                        HON. NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

1