**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-07816-NRB |
| Plaintiff, | |
| v. | |
| VALARIS PLC, THOMAS P. BURKE, and JONATHAN H. BAKSHT, | |
| Defendants. | |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF MARK RODGERS'**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD**
**COUNSEL**

I, Lesley F. Portnoy, hereby declare as follows:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for lead plaintiff movant Mark Rodgers ("Movant") and [proposed] lead counsel for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published August 20, 2019 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein: *Zhang v. Valaris plc, et al.*, Case No. 19-cv-07816;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Valaris plc securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 21st day of October, 2019.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 21, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy