# EXHIBIT C

**Company Name:** Valaris plc
**Ticker:** VAL
**Class Period:** April 11, 2019 to July 31, 2019
**Name:** Mark Rodgers
**Opening Position:** 32,500

**Transactions Matched to Opening Position**

| Date | Shares | Price Sold |
|---|---|---|
| 05/10/2019* | -100 | $11.7550 |
| 05/10/2019* | -300 | $11.7440 |
| 05/10/2019* | -500 | $11.7410 |
| 05/10/2019* | -629 | $11.7500 |
| 05/10/2019* | -8,471 | $11.7400 |
| 05/14/2019* | -5,000 | $11.4207 |
| 05/20/2019* | -12,290 | $10.2000 |
| 05/23/2019 | -2,000 | $8.9306 |
| 05/24/2019 | -2,500 | $8.8401 |
| 06/07/2019* | -710 | $7.9200 |

**Loss Chart**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 05/15/2019 | 8,829 | $11.2500 | -$99,326.2500 | | $0.0000 | -$99,326.25 |
| 05/15/2019 | 5,000 | $11.1100 | -$55,550.0000 | | $0.0000 | -$55,550.00 |
| 05/15/2019 | 1,171 | $11.2400 | -$13,162.0400 | | $0.0000 | -$13,162.04 |
| 05/15/2019* | -600 | | $0.0000 | $11.3410 | $6,804.6000 | $6,804.60 |
| 05/15/2019* | -2,600 | | $0.0000 | $11.3450 | $29,497.0000 | $29,497.00 |
| 05/15/2019* | -11,090 | | $0.0000 | $11.3400 | $125,760.6000 | $125,760.60 |
| 05/20/2019* | -710 | | $0.0000 | $10.2000 | $7,242.0000 | $7,242.00 |
| 05/28/2019 | 14,290 | $10.6700 | -$152,474.3000 | | $0.0000 | -$152,474.30 |
| 05/29/2019 | 5,000 | $9.1000 | -$45,500.0000 | | $0.0000 | -$45,500.00 |
| 05/29/2019* | -300 | | $0.0000 | $8.5300 | $2,559.0000 | $2,559.00 |
| 05/29/2019* | -4,700 | | $0.0000 | $8.5200 | $40,044.0000 | $40,044.00 |
| 05/30/2019 | 5,000 | $9.5000 | -$47,500.0000 | | $0.0000 | -$47,500.00 |
| 05/30/2019 | 5,000 | $9.6500 | -$48,250.0000 | | $0.0000 | -$48,250.00 |
| 05/30/2019 | 5,000 | $9.6100 | -$48,050.0000 | | $0.0000 | -$48,050.00 |
| 05/30/2019 | 5,000 | $9.3700 | -$46,850.0000 | | $0.0000 | -$46,850.00 |
| 05/30/2019 | 5,000 | $9.3000 | -$46,500.0000 | | $0.0000 | -$46,500.00 |
| 05/30/2019 | 5,000 | $9.1500 | -$45,750.0000 | | $0.0000 | -$45,750.00 |
| 05/30/2019 | 5,000 | $9.1100 | -$45,550.0000 | | $0.0000 | -$45,550.00 |
| 05/30/2019 | 5,000 | $9.1100 | -$45,550.0000 | | $0.0000 | -$45,550.00 |
| 05/30/2019 | -2,405 | | $0.0000 | $9.5600 | $22,991.8000 | $22,991.80 |
| 05/30/2019 | -2,595 | | $0.0000 | $9.5500 | $24,782.2500 | $24,782.25 |
| 05/30/2019 | -5,000 | | $0.0000 | $9.6000 | $48,000.0000 | $48,000.00 |
| 05/30/2019* | -5,000 | | $0.0000 | $9.5807 | $47,903.5000 | $47,903.50 |
| 05/30/2019* | -5,000 | | $0.0000 | $9.4300 | $47,150.0000 | $47,150.00 |
| 05/30/2019* | -5,000 | | $0.0000 | $9.3207 | $46,603.5000 | $46,603.50 |
| 05/30/2019* | -5,000 | | $0.0000 | $9.1700 | $45,850.0000 | $45,850.00 |
| 05/30/2019* | -5,000 | | $0.0000 | $9.1200 | $45,600.0000 | $45,600.00 |
| 05/30/2019* | -5,000 | | $0.0000 | $9.1000 | $45,500.0000 | $45,500.00 |
| 06/03/2019 | 7,000 | $8.7400 | -$61,180.0000 | | $0.0000 | -$61,180.00 |
| 06/03/2019* | -7,000 | | $0.0000 | $8.7400 | $61,180.0000 | $61,180.00 |
| 06/04/2019 | 8,671 | $8.7441 | -$75,820.0911 | | $0.0000 | -$75,820.09 |
| 06/04/2019 | 3,329 | $8.7000 | -$28,962.3000 | | $0.0000 | -$28,962.30 |
| 06/04/2019* | -5,000 | | $0.0000 | $9.0500 | $45,250.0000 | $45,250.00 |
| 06/04/2019* | -7,000 | | $0.0000 | $8.9500 | $62,650.0000 | $62,650.00 |
| 06/05/2019 | 10,000 | $8.3300 | -$83,300.0000 | | $0.0000 | -$83,300.00 |
| 06/05/2019 | 10,000 | $8.2000 | -$82,000.0000 | | $0.0000 | -$82,000.00 |
| 06/05/2019 | 9,200 | $8.2600 | -$75,992.0000 | | $0.0000 | -$75,992.00 |
| 06/05/2019 | 2,823 | $8.2190 | -$23,202.2370 | | $0.0000 | -$23,202.24 |
| 06/05/2019 | 800 | $8.2550 | -$6,604.0000 | | $0.0000 | -$6,604.00 |
| 06/05/2019* | -2,823 | | $0.0000 | $8.2200 | $23,205.0600 | $23,205.06 |
| 06/05/2019* | -5,000 | | $0.0000 | $8.5707 | $42,853.5000 | $42,853.50 |
| 06/05/2019* | -5,000 | | $0.0000 | $8.6100 | $43,050.0000 | $43,050.00 |
| 06/05/2019* | -10,000 | | $0.0000 | $8.2100 | $82,100.0000 | $82,100.00 |
| 06/05/2019* | -10,000 | | $0.0000 | $8.2102 | $82,102.0000 | $82,102.00 |
| 06/06/2019 | 10,000 | $7.8800 | -$78,800.0000 | | $0.0000 | -$78,800.00 |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 06/06/2019 | 5,000 | $7.8300 | -$39,150.0000 | | $0.0000 | -$39,150.00 |
| 06/06/2019 | -15,000 | | $0.0000 | $8.1200 | $121,800.0000 | $121,800.00 |
| 06/07/2019* | -5,000 | | $0.0000 | $7.9900 | $39,950.0000 | $39,950.00 |
| 06/07/2019* | -9,290 | | $0.0000 | $7.9200 | $73,576.8000 | $73,576.80 |
| 06/10/2019 | 15,000 | $8.1200 | -$121,800.0000 | | $0.0000 | -$121,800.00 |
| 06/10/2019 | 15,000 | $7.9700 | -$119,550.0000 | | $0.0000 | -$119,550.00 |
| 06/11/2019 | 15,000 | $7.6300 | -$114,450.0000 | | $0.0000 | -$114,450.00 |
| 06/11/2019 | 15,000 | $7.5300 | -$112,950.0000 | | $0.0000 | -$112,950.00 |
| 06/11/2019 | 15,000 | $7.5300 | -$112,950.0000 | | $0.0000 | -$112,950.00 |
| 06/11/2019 | -15,000 | | $0.0000 | $7.6500 | $114,750.0000 | $114,750.00 |
| 06/11/2019 | -15,000 | | $0.0000 | $7.5600 | $113,400.0000 | $113,400.00 |
| 06/11/2019 | -15,000 | | $0.0000 | $7.5300 | $112,950.0000 | $112,950.00 |
| 06/12/2019 | -15,000 | | $0.0000 | $7.2900 | $109,350.0000 | $109,350.00 |
| 06/12/2019* | -15,000 | | $0.0000 | $7.2000 | $108,000.0000 | $108,000.00 |
| 06/13/2019 | 15,000 | $7.2000 | -$108,000.0000 | | $0.0000 | -$108,000.00 |
| 06/13/2019 | 15,000 | $7.3200 | -$109,800.0000 | | $0.0000 | -$109,800.00 |
| 06/13/2019* | -15,000 | | $0.0000 | $7.3800 | $110,700.0000 | $110,700.00 |
| 06/14/2019 | 15,000 | $7.1000 | -$106,500.0000 | | $0.0000 | -$106,500.00 |
| 06/14/2019 | 15,000 | $6.7300 | -$100,950.0000 | | $0.0000 | -$100,950.00 |
| 06/14/2019* | -15,000 | | $0.0000 | $7.3300 | $109,950.0000 | $109,950.00 |
| 06/14/2019* | -15,000 | | $0.0000 | $6.7700 | $101,550.0000 | $101,550.00 |
| 06/17/2019 | 15,000 | $6.7700 | -$101,550.0000 | | $0.0000 | -$101,550.00 |
| 06/17/2019 | 15,000 | $6.9000 | -$103,500.0000 | | $0.0000 | -$103,500.00 |
| 06/17/2019 | 8,299 | $6.7250 | -$55,810.7750 | | $0.0000 | -$55,810.78 |
| 06/17/2019 | 6,701 | $6.7300 | -$45,097.7300 | | $0.0000 | -$45,097.73 |
| 06/17/2019 | 20 | $6.8700 | -$137.4000 | | $0.0000 | -$137.40 |
| 06/17/2019 | -20 | | $0.0000 | $6.8500 | $137.0000 | $137.00 |
| 06/17/2019* | -3,000 | | $0.0000 | $6.8400 | $20,520.0000 | $20,520.00 |
| 06/17/2019* | -12,000 | | $0.0000 | $6.8401 | $82,081.2000 | $82,081.20 |
| 06/17/2019 | -15,000 | | $0.0000 | $6.7900 | $101,850.0000 | $101,850.00 |
| 06/17/2019* | -15,000 | | $0.0000 | $6.7101 | $100,651.5000 | $100,651.50 |
| 06/18/2019 | 15,000 | $7.2600 | -$108,900.0000 | | $0.0000 | -$108,900.00 |
| 06/18/2019 | 15,000 | $7.2600 | -$108,900.0000 | | $0.0000 | -$108,900.00 |
| 06/18/2019 | 8,300 | $7.2700 | -$60,341.0000 | | $0.0000 | -$60,341.00 |
| 06/18/2019 | 4,000 | $7.2600 | -$29,040.0000 | | $0.0000 | -$29,040.00 |
| 06/18/2019 | 2,500 | $7.2550 | -$18,137.5000 | | $0.0000 | -$18,137.50 |
| 06/18/2019 | 2,384 | $7.4100 | -$17,665.4400 | | $0.0000 | -$17,665.44 |
| 06/18/2019 | 200 | $7.2650 | -$1,453.0000 | | $0.0000 | -$1,453.00 |
| 06/18/2019 | -100 | | $0.0000 | $7.3550 | $735.5000 | $735.50 |
| 06/18/2019* | -2,384 | | $0.0000 | $7.4000 | $17,641.6000 | $17,641.60 |
| 06/18/2019 | -14,900 | | $0.0000 | $7.3500 | $109,515.0000 | $109,515.00 |
| 06/18/2019* | -15,000 | | $0.0000 | $7.1900 | $107,850.0000 | $107,850.00 |
| 06/18/2019* | -15,000 | | $0.0000 | $7.3100 | $109,650.0000 | $109,650.00 |
| 06/19/2019 | 15,000 | $7.4500 | -$111,750.0000 | | $0.0000 | -$111,750.00 |
| 06/19/2019 | 15,000 | $7.4500 | -$111,750.0000 | | $0.0000 | -$111,750.00 |
| 06/19/2019 | 5,000 | $7.4200 | -$37,100.0000 | | $0.0000 | -$37,100.00 |
| 06/19/2019* | -15,000 | | $0.0000 | $7.2200 | $108,300.0000 | $108,300.00 |
| 06/19/2019 | -20,000 | | $0.0000 | $7.3700 | $147,400.0000 | $147,400.00 |
| 06/20/2019 | 15,000 | $7.9800 | -$119,700.0000 | | $0.0000 | -$119,700.00 |
| 06/20/2019 | 15,000 | $7.8600 | -$117,900.0000 | | $0.0000 | -$117,900.00 |
| 06/20/2019 | 13,000 | $7.8000 | -$101,400.0000 | | $0.0000 | -$101,400.00 |
| 06/20/2019 | 11,451 | $7.9700 | -$91,264.4700 | | $0.0000 | -$91,264.47 |
| 06/20/2019 | 5,000 | $8.1500 | -$40,750.0000 | | $0.0000 | -$40,750.00 |
| 06/20/2019 | 3,626 | $7.9500 | -$28,826.7000 | | $0.0000 | -$28,826.70 |
| 06/20/2019 | 2,000 | $7.9699 | -$15,939.8000 | | $0.0000 | -$15,939.80 |
| 06/20/2019 | 2,000 | $7.7700 | -$15,540.0000 | | $0.0000 | -$15,540.00 |
| 06/20/2019 | 1,274 | $7.9599 | -$10,140.9126 | | $0.0000 | -$10,140.91 |
| 06/20/2019 | 1,249 | $7.9500 | -$9,929.5500 | | $0.0000 | -$9,929.55 |
| 06/20/2019 | 300 | $7.9650 | -$2,389.5000 | | $0.0000 | -$2,389.50 |
| 06/20/2019 | 100 | $7.9550 | -$795.5000 | | $0.0000 | -$795.50 |
| 06/20/2019* | -600 | | $0.0000 | $7.9001 | $4,740.0600 | $4,740.06 |
| 06/20/2019* | -2,100 | | $0.0000 | $7.9050 | $16,600.5000 | $16,600.50 |
| 06/20/2019* | -5,000 | | $0.0000 | $8.1200 | $40,600.0000 | $40,600.00 |
| 06/20/2019* | -5,000 | | $0.0000 | $8.0800 | $40,400.0000 | $40,400.00 |
| 06/20/2019* | -5,856 | | $0.0000 | $7.9000 | $46,262.4000 | $46,262.40 |
| 06/20/2019* | -6,444 | | $0.0000 | $7.8701 | $50,714.9244 | $50,714.92 |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 06/20/2019* | -15,000 | | $0.0000 | $7.8400 | $117,600.0000 | $117,600.00 |
| 06/20/2019* | -15,000 | | $0.0000 | $7.9000 | $118,500.0000 | $118,500.00 |
| 06/20/2019* | -15,000 | | $0.0000 | $7.8300 | $117,450.0000 | $117,450.00 |
| 06/21/2019 | 10,000 | $7.7300 | -$77,300.0000 | | $0.0000 | -$77,300.00 |
| 06/21/2019 | 3,000 | $7.6300 | -$22,890.0000 | | $0.0000 | -$22,890.00 |
| 06/21/2019 | 3,000 | $7.6700 | -$23,010.0000 | | $0.0000 | -$23,010.00 |
| 06/21/2019 | 2,000 | $7.6200 | -$15,240.0000 | | $0.0000 | -$15,240.00 |
| 06/21/2019 | 2,000 | $7.6500 | -$15,300.0000 | | $0.0000 | -$15,300.00 |
| 06/24/2019 | -20,000 | | $0.0000 | $7.8000 | $156,000.0000 | $156,000.00 |
| 06/26/2019 | 20,000 | $8.6600 | -$173,200.0000 | | $0.0000 | -$173,200.00 |
| 06/26/2019 | 15,000 | $7.7600 | -$116,400.0000 | | $0.0000 | -$116,400.00 |
| 06/26/2019 | 15,000 | $8.4700 | -$127,050.0000 | | $0.0000 | -$127,050.00 |
| 06/26/2019 | 2,671 | $8.2200 | -$21,955.6200 | | $0.0000 | -$21,955.62 |
| 06/26/2019 | -1,569 | | $0.0000 | $7.9200 | $12,426.4800 | $12,426.48 |
| 06/26/2019 | -2,671 | | $0.0000 | $8.2800 | $22,115.8800 | $22,115.88 |
| 06/26/2019* | -5,000 | | $0.0000 | $8.4400 | $42,200.0000 | $42,200.00 |
| 06/26/2019 | -13,431 | | $0.0000 | $7.9000 | $106,104.9000 | $106,104.90 |
| 06/26/2019* | -15,000 | | $0.0000 | $8.3700 | $125,550.0000 | $125,550.00 |
| 06/26/2019* | -15,000 | | $0.0000 | $8.6000 | $129,000.0000 | $129,000.00 |
| 06/28/2019 | 15,000 | $8.4400 | -$126,600.0000 | | $0.0000 | -$126,600.00 |
| 06/28/2019 | 15,000 | $8.2500 | -$123,750.0000 | | $0.0000 | -$123,750.00 |
| 06/28/2019* | -15,000 | | $0.0000 | $8.2200 | $123,300.0000 | $123,300.00 |
| 06/28/2019* | -15,000 | | $0.0000 | $8.4300 | $126,450.0000 | $126,450.00 |
| 07/01/2019 | 5,000 | $9.0300 | -$45,150.0000 | | $0.0000 | -$45,150.00 |
| 07/01/2019 | 5,000 | $8.8400 | -$44,200.0000 | | $0.0000 | -$44,200.00 |
| 07/01/2019 | 5,000 | $8.7800 | -$43,900.0000 | | $0.0000 | -$43,900.00 |
| 07/01/2019 | -5,000 | | $0.0000 | $8.7200 | $43,600.0000 | $43,600.00 |
| 07/01/2019 | -5,000 | | $0.0000 | $8.7900 | $43,950.0000 | $43,950.00 |
| 07/17/2019 | -100 | | $0.0000 | $8.0650 | $806.5000 | $806.50 |
| 07/17/2019 | -2,000 | | $0.0000 | $8.0600 | $16,120.0000 | $16,120.00 |
| 07/17/2019 | -17,900 | | $0.0000 | $8.0500 | $144,095.0000 | $144,095.00 |
| 07/23/2019 | 11,703 | $8.1200 | -$95,028.3600 | | $0.0000 | -$95,028.36 |
| 07/23/2019 | 3,297 | $8.1100 | -$26,738.6700 | | $0.0000 | -$26,738.67 |
| 07/23/2019* | -15,000 | | $0.0000 | $8.1800 | $122,700.0000 | $122,700.00 |
| 07/24/2019 | 10,000 | $8.1500 | -$81,500.0000 | | $0.0000 | -$81,500.00 |
| 07/24/2019 | 10,000 | $8.3200 | -$83,200.0000 | | $0.0000 | -$83,200.00 |
| 07/24/2019 | 10,000 | $8.1600 | -$81,600.0000 | | $0.0000 | -$81,600.00 |
| 07/24/2019 | 5,000 | $8.1400 | -$40,700.0000 | | $0.0000 | -$40,700.00 |
| 07/24/2019 | 5,000 | $7.9800 | -$39,900.0000 | | $0.0000 | -$39,900.00 |
| 07/24/2019 | -10,000 | | $0.0000 | $8.0500 | $80,500.0000 | $80,500.00 |
| 07/24/2019 | -20,000 | | $0.0000 | $8.2200 | $164,400.0000 | $164,400.00 |
| 07/25/2019 | 10,000 | $8.0000 | -$80,000.0000 | | $0.0000 | -$80,000.00 |
| 07/25/2019 | -20,000 | | $0.0000 | $7.3100 | $146,200.0000 | $146,200.00 |
| 07/31/2019 | 10,000 | $8.7400 | -$87,400.0000 | | $0.0000 | -$87,400.00 |
| 07/31/2019 | -10,000 | | $0.0000 | $8.6500 | $86,500.0000 | $86,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$63,821.09** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $0.00 |
| | | | $5.1858 | 0 | **Total:** | **-$63,821.09** |

* Transactions marked with an asterisk (*) were executed as short sales.
**Using the average closing price between August 1, 2019 and October 21, 2019.