UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALARIS PLC, THOMAS P. BURKE, and JONATHAN H. BAKSHT,<br><br>Defendants. | Case No.  1:19-cv-07816-NRB |

NOTICE OF MOTION OF RAJIV H. BHUVA FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Rajiv H. Bhuva ("Bhuva"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Bhuva as Lead Plaintiff in the above-captioned action on behalf of all persons who purchased or otherwise acquired the securities of Valaris plc between April 11, 2019 and July 31, 2019, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  October 21, 2019                    Respectfully submitted,

POMERANTZ LLP

/s/ J. Alexander Hood II
J. Alexander Hood II
Jeremy A. Lieberman
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: ahood@pomlaw.com
Email: jalieberman@pomlaw.com
Email: jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Lead Plaintiff Movant Rajiv H. Bhuva*
*and Proposed Lead Counsel for the Class*

1