UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VALARIS PLC, THOMAS P. BURKE, and JONATHAN H. BAKSHT, <br><br> Defendants. | Case No.  1:19-cv-07816-NRB |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION
OF RAJIV H. BHUVA FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, Esq., hereby declare as follows:

1.        I am Of Counsel to Pomerantz LLP ("Pomerantz"), counsel on behalf of Rajiv H. Bhuva ("Bhuva"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.        I make this Declaration in support of Bhuva's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel.

3.        Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Loss chart of Bhuva;

Exhibit B:     Press release announcing the pendency of the above-captioned action;

Exhibit C:     Shareholder Certification executed by Bhuva; and

Exhibit D:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 21, 2019, at New York, New York.

/s/ J. Alexander Hood II
J. Alexander Hood II

1