# EXHIBIT A

**Valaris plc (VAL)**
**Class Period: April 11, 2019 and July 31, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bhuva, Rajiv H. | | | | | PreClass | 63,268 | | | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 19,700 | $15.2150 | ($299,736) | 4/16/2019 | (7,000) | $15.1000 | $105,700 | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 11,900 | $15.2050 | ($180,940) | 4/24/2019 | (5,118) | $16.4000 | $83,935 | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 5,900 | $15.2300 | ($89,857) | 4/24/2019 | (14,882) | $16.3900 | $243,916 | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 1,200 | $15.2290 | ($18,275) | 5/2/2019 | (100) | $12.3950 | $1,240 | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 600 | $15.2200 | ($9,132) | 5/2/2019 | (1,000) | $12.3910 | $12,391 | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 300 | $15.2100 | ($4,563) | 5/2/2019 | (1,400) | $12.3950 | $17,353 | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 200 | $15.2175 | ($3,044) | 5/2/2019 | (5,675) | $12.4000 | $70,370 | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 100 | $15.2000 | ($1,520) | 5/2/2019 | (12,925) | $12.3900 | $160,141 | | | |
| Bhuva, Rajiv H. | 4/17/2019 | 100 | $15.2200 | ($1,522) | 5/2/2019 | (21,045) | $12.3900 | $260,748 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 5,999 | $16.1488 | ($96,877) | 5/14/2019 | (600) | $11.5401 | $6,924 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 5,385 | $16.2800 | ($87,668) | 5/14/2019 | (2,000) | $11.5420 | $23,084 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 3,971 | $16.2600 | ($64,568) | 5/22/2019 | (292) | $10.0350 | $2,930 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 2,900 | $16.3000 | ($47,270) | 5/22/2019 | (300) | $10.0301 | $3,009 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 2,156 | $16.2500 | ($35,035) | 5/22/2019 | (3,400) | $10.0450 | $34,153 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 1,898 | $16.3300 | ($30,994) | 5/22/2019 | (5,000) | $10.0307 | $50,154 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 1,631 | $16.3100 | ($26,602) | 5/22/2019 | (6,308) | $10.0400 | $63,332 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 1,322 | $16.2900 | ($21,535) | 5/22/2019 | (9,700) | $10.0300 | $97,291 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 600 | $16.2700 | ($9,762) | 6/20/2019 | (100) | $8.1550 | $816 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 100 | $16.3200 | ($1,632) | 6/20/2019 | (4,122) | $8.1400 | $33,553 | | | |
| Bhuva, Rajiv H. | 4/25/2019 | 37 | $16.2699 | ($602) | 6/20/2019 | (7,478) | $8.1550 | $60,983 | | | |
| Bhuva, Rajiv H. | 5/30/2019 | 6,944 | $9.6000 | ($66,662) | 6/20/2019 | (8,000) | $8.1418 | $65,134 | | | |
| Bhuva, Rajiv H. | 5/30/2019 | 5,100 | $9.5900 | ($48,909) | 6/20/2019 | (8,300) | $8.1500 | $67,645 | | | |
| Bhuva, Rajiv H. | 5/30/2019 | 2,956 | $9.5800 | ($28,318) | 6/20/2019 | (20,000) | $8.1900 | $163,800 | | | |
| Bhuva, Rajiv H. | 6/19/2019 | 3,700 | $7.2370 | ($26,777) | 7/31/2019 | (100) | $8.3810 | $838 | | | |
| Bhuva, Rajiv H. | 6/19/2019 | 900 | $7.2299 | ($6,507) | 7/31/2019 | (100) | $8.3850 | $839 | | | |
| Bhuva, Rajiv H. | 6/19/2019 | 400 | $7.2288 | ($2,892) | 7/31/2019 | (200) | $8.3736 | $1,675 | | | |
| Bhuva, Rajiv H. | 6/25/2019 | 8,100 | $7.6190 | ($61,714) | 7/31/2019 | (1,415) | $8.4000 | $11,886 | | | |
| Bhuva, Rajiv H. | 6/25/2019 | 5,800 | $7.6200 | ($44,196) | 7/31/2019 | (9,935) | $8.3800 | $83,255 | | | |
| Bhuva, Rajiv H. | 6/25/2019 | 1,578 | $7.6300 | ($12,040) | 7/31/2019 | (14,835) | $8.3700 | $124,169 | | | |
| Bhuva, Rajiv H. | 6/26/2019 | 4,000 | $8.0490 | ($32,196) | 8/19/2019 | (3,000) | $4.6758 | $14,028 | | | |
| Bhuva, Rajiv H. | 7/1/2019 | 2,000 | $9.0984 | ($18,197) | 9/23/2019 | (200) | $5.3105 | $1,062 | | | |
| Bhuva, Rajiv H. | 7/8/2019 | 3,500 | $8.9700 | ($31,395) | 9/23/2019 | (400) | $5.3105 | $2,124 | | | |
| Bhuva, Rajiv H. | 7/8/2019 | 3,100 | $8.9600 | ($27,776) | 9/23/2019 | (3,400) | $5.3105 | $18,056 | | | |
| Bhuva, Rajiv H. | 7/8/2019 | 2,200 | $8.9800 | ($19,756) | 9/23/2019 | (16,000) | $5.3105 | $84,969 | | | |
| Bhuva, Rajiv H. | 7/8/2019 | 700 | $8.9400 | ($6,258) | 9/30/2019 | (7,763) | $4.8150 | $37,379 | | | |
| Bhuva, Rajiv H. | 7/8/2019 | 500 | $8.9500 | ($4,475) | | | | | | | |
| Bhuva, Rajiv H. | 7/24/2019 | 10,000 | $8.0900 | ($80,900) | | | | | | | |
| Bhuva, Rajiv H. | 7/24/2019 | 6,000 | $8.1900 | ($49,140) | | | | | | | |
| Bhuva, Rajiv H. | 7/24/2019 | 2,600 | $8.1650 | ($21,229) | | | | | | | |
| Bhuva, Rajiv H. | 7/24/2019 | 600 | $8.1725 | ($4,904) | | | | | | | |
| Bhuva, Rajiv H. | 7/24/2019 | 500 | $8.1800 | ($4,090) | | | | | | | |
| Bhuva, Rajiv H. | 7/24/2019 | 300 | $8.1680 | ($2,450) | | | | | | | |
| **Bhuva, Rajiv H.** | | **137,477** | | **($1,631,913)** | | **(202,093)** | | **$2,008,880** | **56,000** | **($512,501)** | **($197,198)** |