# EXHIBIT B

*Source:* Pomerantz LLP

*August 20, 2019 18:13 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action against Valaris plc (f/k/a Ensco Rowan plc) and Certain Officers – VAL

NEW YORK, Aug. 20, 2019 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Valaris plc (f/k/a Ensco Rowan plc) ("Valaris" or the "Company") (NYSE:  VAL) and certain of its officers.   The class action, filed in United States District Court, for the Southern District of New York, and indexed under 19-cv-07816, is on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired publicly traded Valaris securities between April 11, 2019 and July 31, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Valaris securities during the class period, you have until October 21, 2019, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.  To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Valaris is headquartered in London, the United Kingdom.  The Company provides offshore drilling services in various water depths worldwide, operating a rig fleet of ultra-deepwater drillships, versatile semisubmersibles, and modern shallow-water jackups.  The Company's offshore fleet includes sixteen drillships, twelve semisubmersibles, fifty-four jackups, and two deepwater managed units.

The Complaint alleges that throughout the Class Period, the defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the defendants failed to disclose to investors that:  (i) the Company was plagued by a weak ultra-deepwater segment, massive cash usage, and significant negative cash flow; (ii) the foregoing was reasonably likely to have a material negative impact on the Company's second quarter 2019 results; (iii) the merger leading to Valaris's establishment could not deliver on its touted benefits; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On July 31, 2019, Valaris issued a press release announcing its second quarter 2019 financial results—purportedly its first earnings report post-merger reflecting the results of the combined company—which missed market expectations (the "2Q 2019 Press Release").  Upon issuance of the 2Q 2019 Press Release, *Seeking Alpha* published an article on August 2, 2019, entitled "Valaris PLC - Off To A Bad Start" (the "*Seeking Alpha* Article"), noting that Valaris's results "shock[ed] investors with massive cash usage [and] . . . surprisingly weak outlook for the ultra-deepwater segment with further dayrate recovery likely delayed until at least the second half of next year."  The *Seeking Alpha* Article further criticized the Company's free cash flow for the quarter, which was "negative by a whopping $375 million causing the company's remaining pro forma cash balance adjusted for roughly $741 million in payments related to the recent debt tender offer to decline to just $353 million."

On this news, Valaris's stock price fell $3.25 per share, or approximately 39%, over the two trading sessions following the Company's announcement of its quarterly financial results, to close at $5.02 per share on August 2, 2019.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com