# EXHIBIT C

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.    I, _____Rajiv  H.  Bhuva_____, make this
declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section
21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities
Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Valaris plc. ("Valaris" or the "Company") and authorize the
filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Valaris securities at the direction of plaintiffs counsel, or in order to
participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a class of investors who purchased or
acquired Valaris securities during the class period, including providing testimony at deposition and trial, if
necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this
action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Valaris
securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not
sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as
set forth in the Complaint, beyond my pro-rata share of any recovery, except such reasonable costs and
expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed ___October 12, 2019___
(Date)

___Rajiv H. Bhuva___
(Signature)

___Rajiv H. Bhuva___
(Type or Print Name)

**Valaris plc (VAL)**                                                                  **Bhuva, Rajiv H.**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|----------------------|
| 4/17/2019 | Purchase | 19,700 | $15.2150 |
| 4/17/2019 | Purchase | 11,900 | $15.2050 |
| 4/17/2019 | Purchase | 5,900 | $15.2300 |
| 4/17/2019 | Purchase | 1,200 | $15.2290 |
| 4/17/2019 | Purchase | 600 | $15.2200 |
| 4/17/2019 | Purchase | 300 | $15.2100 |
| 4/17/2019 | Purchase | 200 | $15.2175 |
| 4/17/2019 | Purchase | 100 | $15.2000 |
| 4/17/2019 | Purchase | 100 | $15.2200 |
| 4/25/2019 | Purchase | 5,999 | $16.1488 |
| 4/25/2019 | Purchase | 5,385 | $16.2800 |
| 4/25/2019 | Purchase | 3,971 | $16.2600 |
| 4/25/2019 | Purchase | 2,900 | $16.3000 |
| 4/25/2019 | Purchase | 2,156 | $16.2500 |
| 4/25/2019 | Purchase | 1,898 | $16.3300 |
| 4/25/2019 | Purchase | 1,631 | $16.3100 |
| 4/25/2019 | Purchase | 1,322 | $16.2900 |
| 4/25/2019 | Purchase | 600 | $16.2700 |
| 4/25/2019 | Purchase | 100 | $16.3200 |
| 4/25/2019 | Purchase | 37 | $16.2699 |
| 5/30/2019 | Purchase | 6,944 | $9.6000 |
| 5/30/2019 | Purchase | 5,100 | $9.5900 |
| 5/30/2019 | Purchase | 2,956 | $9.5800 |
| 6/19/2019 | Purchase | 3,700 | $7.2370 |
| 6/19/2019 | Purchase | 900 | $7.2299 |
| 6/19/2019 | Purchase | 400 | $7.2288 |
| 6/25/2019 | Purchase | 8,100 | $7.6190 |
| 6/25/2019 | Purchase | 5,800 | $7.6200 |
| 6/25/2019 | Purchase | 1,578 | $7.6300 |
| 6/26/2019 | Purchase | 4,000 | $8.0490 |
| 7/1/2019 | Purchase | 2,000 | $9.0984 |
| 7/8/2019 | Purchase | 3,500 | $8.9700 |
| 7/8/2019 | Purchase | 3,100 | $8.9600 |
| 7/8/2019 | Purchase | 2,200 | $8.9800 |
| 7/8/2019 | Purchase | 700 | $8.9400 |
| 7/8/2019 | Purchase | 500 | $8.9500 |
| 7/24/2019 | Purchase | 10,000 | $8.0900 |
| 7/24/2019 | Purchase | 6,000 | $8.1900 |
| 7/24/2019 | Purchase | 2,600 | $8.1650 |
| 7/24/2019 | Purchase | 600 | $8.1725 |
| 7/24/2019 | Purchase | 500 | $8.1800 |
| 7/24/2019 | Purchase | 300 | $8.1680 |
| 4/16/2019 | Sale | (7,000) | $15.1000 |
| 4/24/2019 | Sale | (5,118) | $16.4000 |
| 4/24/2019 | Sale | (14,882) | $16.3900 |
| 5/2/2019 | Sale | (100) | $12.3950 |
| 5/2/2019 | Sale | (1,000) | $12.3910 |
| 5/2/2019 | Sale | (1,400) | $12.3950 |
| 5/2/2019 | Sale | (5,675) | $12.4000 |
| 5/2/2019 | Sale | (12,925) | $12.3900 |

**Valaris plc (VAL)**                                              **Bhuva, Rajiv H.**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 5/2/2019 | Sale | (21,045) | $12.3900 |
| 5/14/2019 | Sale | (600) | $11.5401 |
| 5/14/2019 | Sale | (2,000) | $11.5420 |
| 5/22/2019 | Sale | (292) | $10.0350 |
| 5/22/2019 | Sale | (300) | $10.0301 |
| 5/22/2019 | Sale | (3,400) | $10.0450 |
| 5/22/2019 | Sale | (5,000) | $10.0307 |
| 5/22/2019 | Sale | (6,308) | $10.0400 |
| 5/22/2019 | Sale | (9,700) | $10.0300 |
| 6/20/2019 | Sale | (100) | $8.1550 |
| 6/20/2019 | Sale | (4,122) | $8.1400 |
| 6/20/2019 | Sale | (7,478) | $8.1550 |
| 6/20/2019 | Sale | (8,000) | $8.1418 |
| 6/20/2019 | Sale | (8,300) | $8.1500 |
| 6/20/2019 | Sale | (20,000) | $8.1900 |
| 7/31/2019 | Sale | (100) | $8.3810 |
| 7/31/2019 | Sale | (100) | $8.3850 |
| 7/31/2019 | Sale | (200) | $8.3736 |
| 7/31/2019 | Sale | (1,415) | $8.4000 |
| 7/31/2019 | Sale | (9,935) | $8.3800 |
| 7/31/2019 | Sale | (14,835) | $8.3700 |