## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VALARIS PLC, THOMAS BURKE, and JONATHAN H. BAKSHT, <br><br> Defendants | Case No.: 1:19-cv-7816-NRB <br><br> **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE FOREIGN DEFENDANTS** |

IT IS HEREBY ORDERED THAT Lead Plaintiff shall have until March 20, 2020 to

serve Defendants Valaris plc and Thomas P. Burke.

SO ORDERED.

Dated: _January 22_, 2020
New York, New York

HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK