**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VALARIS PLC, THOMAS BURKE, and JONATHAN H. BAKSHT,<br><br>Defendants | Case No.: 1:19cv7816-NRB |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MOTION FOR SECOND EXTENSION OF TIME TO SERVE FOREIGN DEFENDANTS**

I, SHANNON L. HOPKINS, declare as follows:

1.      I am a partner at the law firm of Levi & Korsinsky, LLP ("L&K"), lead counsel for plaintiff in the above-referenced action.  I am a member in good standing of the Southern District of New York and am duly admitted to practice before this Court.

2.      I respectfully submit this declaration in support of Plaintiff's motion for second extension of time to serve foreign defendants in this action.

3.      Attached hereto as Exhibit A is a true and correct copy of the March 12, 2020 and March 13, 2020 e-mail exchange between Levi & Korsinsky, LLP and the Foreign Process Section, HMCTS Royal Courts of Justice London.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 16th day of March at Stamford, Connecticut.

/s/ Shannon L. Hopkins
Shannon L. Hopkins