# Exhibit A

## Samantha Halliday

| | |
|---|---|
| **From:** | Trifonova, Violeta <Violeta.Trifonova@justice.gov.uk> on behalf of Foreign Process (RCJ) <foreignprocess.rcj@Justice.gov.uk> |
| **Sent:** | Friday, March 13, 2020 5:47 AM |
| **To:** | Samantha Halliday |
| **Subject:** | [External]RE: Ref. No.: QF-2020-001550 |

Dear Ms. Halliday,

Thank you for your email.

I can confirm that the documents have been sent out for service however, we have not received any further information about this case. I have sent urgent query to the bailiff asking for an update.

We will notify you as soon as we hear back from the bailiff.

Kind regards,

*Violeta Trifonova*
*Administrative Officer*
**Foreign Process Section**
**HMCTS  Royal Courts of Justice London WC2A 2LL**
**Web:** www.gov.uk/hmcts

---

**From:** Samantha Halliday [mailto:shalliday@zlk.com]
**Sent:** 12 March 2020 17:06
**To:** Foreign Process (RCJ) <foreignprocess.rcj@Justice.gov.uk>
**Subject:** Ref. No.: QF-2020-001550

Dear Sir or Madam:

I write to inquire the status of Service of Foreign Process on Valaris plc. and Thomas Burke in the matter titled *Zhang v. Valaris plc, et al.,* Case no. 1:19-cv-07816.

Our deadline to serve Valaris and Burke is March 20, 2020 and we would like to know if service has been attempted so that we can determine if we need to request an extension from the Court.

I would be grateful for any information you can provide on this matter.

Sincerely,

Samantha Halliday
Legal Assistant

LEVI&KORSINSKYLLP
1111 Summer Street, Suite 403
Stamford, CT 06905

1

T. 203-992-4523
F. 212-363-7171
shalliday@zlk.com | www.zlk.com

---

This e-mail and any attachments is intended only for the attention of the addressee(s). Its unauthorised use, disclosure, storage or copying is not permitted. If you are not the intended recipient, please destroy all copies and inform the sender by return e-mail. Internet e-mail is not a secure medium. Any reply to this message could be intercepted and read by someone else. Please bear that in mind when deciding whether to send material in response to this message by e-mail. This e-mail (whether you are the sender or the recipient) may be monitored, recorded and retained by the Ministry of Justice. Monitoring / blocking software may be used, and e-mail content may be read at any time. You have a responsibility to ensure laws are not broken when composing or forwarding e-mails and their contents.