**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VALARIS PLC, THOMAS BURKE, and JONATHAN H. BAKSHT,<br><br>Defendants | Case No.: 1:19cv7816-NRB<br><br>**NOTICE OF MOTION AND MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME TO SERVE DEFENDANTS** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Alternative Service and Extension of Time to Serve Defendants, the Declaration of Shannon L. Hopkins, the exhibits annexed thereto, and all prior papers and proceedings herein, Lead Plaintiff Charles Moosa ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order, pursuant to Federal Rule of Civil Procedure Rules 4(e)(1), 4(f)(1), and 4(f)(3), granting: (1) a 60 day extension of time to effect service; and (2) directing alternative service of process of the summons and complaint in this action on Defendants through: (i) email to defendant Thomas Burke (Valaris PLC's Chief Executive Officer) and General Counsel (Michael McGuinty); (ii) email and certified mail to defendant Jonathan Baksht (Valaris' Chief Financial Officer); (iii) email and certified mail to Valaris PLC's' United States based counsel, Gibson, Dunn & Crutcher LLP; and (iv) publication for four consecutive weeks in The Daily Telegraph, Business Wire, and Oil and Gas Journal, and for such other and further relief as the Court may deem just and proper.

Dated: April 20, 2020                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**
*/s/ Shannon L. Hopkins*
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 20th day of April, 2020.

<u>/s/ Shannon L. Hopkins</u>
Shannon L. Hopkins