**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VALARIS PLC, THOMAS BURKE, and JONATHAN H. BAKSHT, <br><br> Defendants | Case No.: 1:19cv7816-NRB <br><br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME TO SERVE DEFENDANTS** |

Having considered the papers filed in support of Plaintiff's motion for alternative service and extension of time to serve the summons and complaint in this action on defendants Valaris PLC, Thomas Burke, and Jonathan H. Baksht ("Defendants") and having considered all of the prior pleadings and proceedings herein, and for good cause shown, the court hereby enters the following Order:

1. Service of the summons and complaint on Defendants shall be made by: (1) email to defendant Thomas Burke and Valaris PLC's general counsel, Michael McGuinty; (2) email and certified mail, return receipt requested, to defendant Jonathan Baksht; (3) email and certified mail to Valaris' United States based counsel, Gibson, Dunn & Crutcher LLP; and (4) publication for four consecutive weeks in The Daily Telegraph, Business Wire, and Oil and Gas Journal; and

2. Plaintiff shall have sixty (60) days from the date of this order to effect service.

IT IS SO ORDERED.

DATED: _____      _____
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK