**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| XIAOYUAN ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VALARIS PLC, THOMAS BURKE, and JONATHAN H. BAKSHT,<br><br>Defendants | Case No.: 1:19cv7816-NRB |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME TO SERVE DEFENDANTS**

I, Shannon L. Hopkins, hereby declare as follows:

1.      I am a partner of Levi & Korsinsky, LLP ("L&K"), counsel for Lead Plaintiff Charles Moosa ("Plaintiff") and Lead Counsel for the proposed class in the above-captioned action. I am a member in good standing of the Southern District of New York and am duly admitted to practice before this Court.

2.      I respectfully submit this declaration in support of Plaintiff's Motion for Alternate Service and Extension of Time to Serve Defendants.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Stephanie A. Bartone in Support of Plaintiff's Motion for Alternative Service and Extension of Time to Serve Defendants

4.      Attached hereto as **Exhibit 2** are true and correct copies of the email exchanges between L&K and the Foreign Process Section, HMCTS Royal Courts of Justice London, between March 12, 2020 and March 31, 2020.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Corona Bulletin, attached to the March 31, 2020 email sent to L&K from the Foreign Process Section, HMCTS Royal Courts of Justice London.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Civil Minutes – General Proceedings: (In Chambers) Order ReL Service in *Likas v. ChinaCache Int'l Holdings Ltd., et al.,* No. 2:19-cv-6942, Dkt. No. 35 (C.D. Cal. Jan 29, 2020).

7.      Attached hereto as **Exhibit 5** are true and correct copies of an email dated January 16, 2020 from Gibson, Dunn & Crutcher LLP to L&K confirming that Gibson Dunn will accept service on behalf of defendants Burke and Baksht once Valaris is served.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the Schedule 14A Valaris filed with the United States Securities and Exchange Commission ("SEC") on October 30, 2018.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the Schedule 14A Valaris filed with the SEC on January 31, 2019.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 20th day of April, 2020 at Stamford, Connecticut.

/s/ Shannon L. Hopkins
Shannon L. Hopkins