# Exhibit 5

[External]Valaris

Lutz, Brian M. <BLutz@gibsondunn.com>
Thu 1/16/2020 1:16 PM
**To:** Stephanie Bartone <sbartone@zlk.com>
**Cc:** Davis, Colin B. <CDavis@gibsondunn.com>

As discussed, we will agree to accept service on behalf of the two individual defendants if and when plaintiffs properly effect service on Valaris plc under The Hague Convention procedures.


**Brian M. Lutz**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street. Suite 3000
San Francisco, CA 94105-0921
Tel 415.393.8379 • Cell 917.679.9662 • Fax 415.374.8474

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---