UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

XIAOYUAN ZHANG, Individually and on
Behalf of All Others Similarly Situated,

               Plaintiff,

     v.

VALARIS PLC, THOMAS P. BURKE, and
JONATHAN H. BAKSHT,

              Defendants.

-----------------------------------------------------------x

No. 1:19-cv-07816-NRB

CLASS ACTION

Hon. Naomi Reice Buchwald

### NOTICE OF BANKRUPTCY
### FOR VALARIS PLC, *ET AL.* AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that, on August 19, 2020, Defendant Valaris plc and certain of its subsidiaries and affiliates (collectively, the "Debtors"),[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Marvin Isgur, United States Bankruptcy Judge, and the Debtors have requested joint administration under the lead case *Valaris plc*, Case No. 20-20-34114 (MI) (collectively, the "Chapter 11 Cases"). A copy of the voluntary petition of the lead Debtor, Valaris plc is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay,

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.stretto.com/Valaris. The location of Debtor Ensco Incorporated's principal place of business and the Debtors' service address in these chapter 11 cases is 5847 San Felipe Street, Suite 3300, Houston, Texas 77057.

applicable to all entities, of, among other things:  (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement against any of the Debtors or against any property of each of the Debtors' bankruptcy estates of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[2]  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.  Accordingly, this action must be stayed against Valaris plc according to section 362(a) of the Bankruptcy Code, and should also be stayed against Defendants Thomas P. Burke and Jonathan H. Baksht, who are the Chief Executive Office and Chief Financial Officer of Valaris plc., who have not been served in this action and whose substantial assistance and efforts are required in the ongoing bankruptcy proceeding.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' Chapter 11 Cases may be obtained by (i) reviewing, free of charge, the docket of the Debtors' Chapter 11 Cases on the website of the Debtors' claims and noticing agent at http://cases.stretto.com/Valaris, (ii) visiting the Bankruptcy Court's website at http://www.txs.uscourts.gov/bankruptcy (PACER login and password required) in accordance with the procedures and fees set forth therein, or (iii) contacting any of the following proposed counsel for the Debtors:  (a) Matthew D. Cavenaugh, Jackson Walker L.L.P., 1401 McKinney

---

[2]  Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.  The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

2

Street, Suite 1900, Houston, Texas 77010; or (b) Spencer Winters, Jaimie Fedell, and Catherine

June, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654,  Telephone: (312) 862-

2000.


Dated:  New York, New York
          September 14, 2020

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Brian M. Lutz*            
        Brian M. Lutz

200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035


Attorneys for Defendants