```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
XIAOYUAN ZHANG, Individually and on
Behalf of All Others Similarly
Situated,

                    Plaintiff,                    ORDER

          - against -                       19 Civ. 7816 (NRB)

VALARIS PLC, THOMAS P. BURKE, and
JONATHAN H. BAKSHT,
                    Defendants.

-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** defendant Valaris plc filed for Chapter 11 bankruptcy relief in the U.S. Bankruptcy Court for the Southern District of Texas on August 19, 2020; and

**WHEREAS** on September 14, 2020, Valaris plc filed a Notice of Bankruptcy in the above-captioned matter, ECF No. 44, stating that this action "must be stayed against Valaris plc according to [11 U.S.C.] section 362(a) of the Bankruptcy Code, and should also be stayed against Defendants Thomas P. Burke and Jonathan H. Baksht"; and

**WHEREAS** on October 1, 2020, lead plaintiff filed a letter, ECF No. 50, objecting to the extension of the bankruptcy stay to individual defendants Burke and Baksht; and

**WHEREAS** on October 21, 2020, the Court held a teleconference with respect to the issues raised in the Notice of Bankruptcy and lead plaintiff's letter, ECF No. 50; it is hereby

**ORDERED** that a stay is entered as to all defendants, except that plaintiff is granted leave during the pendency of the stay to file an amended complaint and to continue its efforts to serve defendants Valaris plc and Burke; and it is hereby

**ORDERED** that thereafter, either party may seek leave from the Court to modify the stay.


Dated:    New York, New York
          October 22, 2020


                                              _____
                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE