# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                                      (212) 805-0194
UNITED STATES DISTRICT JUDGE

July 2, 2021

Shannon Lee Hopkins
Levi & Korsinsky, LLP
1111 Summer Street, Suite 403
Stamford, CT 06905

RE: <u>Zhang v. Valaris plc et al</u>
19 Civ. 7816 (NRB)

Dear Counsel:

The Court has reviewed the corrected notice of voluntary dismissal ("Notice") filed by lead plaintiff Charles Moosa ("Lead Plaintiff") on June 21, 2021.  ECF No. 65.  The Notice provides that "all claims asserted . . . against all remaining Defendants are hereby dismissed with prejudice as to Lead Plaintiff and all other members of the putative class."  <u>Id.</u>  Moreover, the Notice states that the voluntary dismissal "in no way affects [Lead Plaintiff's] ability to participate in any prior or future resolution of claims involving Defendants or their investments in Valaris PLC securities."  <u>Id.</u>

Your Notice was not accompanied by any explanation as to:

(1)  why, having pursued lead plaintiff and lead counsel appointment, you have decided to abandon the positions sought;

(2)  your authority to speak on behalf of the putative class in the absence of certification and in apparent violation of Federal Rule of Civil Procedure 23(e);

(3)  whom the term "remaining Defendants" refers; and

(4)  why you wish to dismiss "with prejudice" on behalf of putative class members and yet retain the right to "participate in any prior or future resolution of claims involving Defendants or their investments in Valaris PLC securities."

In addition, your Notice makes no reference to the teachings of <u>Am. Pipe & Const. Co. v. Utah</u>, 414 U.S. 538, 554 (1974), and fails to address the interrelationship between <u>American Pipe</u> and your proposed course of action.

Your prompt response, addressing the concerns reflected above, would be appreciated.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                        **(212) 805-0194**
**UNITED STATES DISTRICT JUDGE**

cc:  Brian Lutz
   Gibson, Dunn & Crutcher LLP
   555 Mission Street, Suite 3000
   San Francisco, CA 94105