## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
#### UNITED STATES COURTHOUSE
#### 500 PEARL STREET
#### NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                        (212) 805-0194
UNITED STATES DISTRICT JUDGE

July 26, 2021

Shannon Lee Hopkins
Levi & Korsinsky, LLP
1111 Summer Street, Suite 403
Stamford, CT 06905

RE: <u>Zhang v. Valaris plc et al.</u>
19 Civ. 7816 (NRB)

Dear Counsel:

Your prompt response to my letter of July 2, 2021 is appreciated.  Unfortunately, however, your letter raises more questions than it answered.  Your letter references Mr. Moosa's decision in the bankruptcy proceeding, for reasons that you assert are protected by the attorney-client privilege, not to opt out of the release of the defendants here.  However, you have not delineated any steps that you took to protect the interests of the putative class whom you were appointed to represent.  Please inform me of any and all steps you took to protect the interests of the putative class, and please attach any relevant documents demonstrating such steps.  As you are no doubt well aware, class counsel owes a duty to the class as a whole and not to a particular class member, including the class representative.  See, e.g., <u>Med. & Chiropractic Clinic Inc. v. Oppenheim</u>, 981 F.3d 983 (11th Cir. 2020).

Second, your letter failed to explain the meaning of the penultimate sentence in your proposed notice of dismissal.  Given your letter of July 8, 2021, that sentence is even more perplexing and problematic.  If you did not opt out of the release, please explain what "ability to participate" would remain.  If Mr. Moosa or your firm have participated "in any prior" resolution of claims or have an agreement or understanding to participate in a "future resolution of claims involving Defendants or their investments in Valaris PLC securities,"  please furnish the details of any such arrangement.  See <u>Pearson v. Target Corp.</u>, 968 F.3d 827 (7th Cir. 2020).

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc:    Brian Lutz
       Gibson, Dunn & Crutcher LLP
       555 Mission Street, Suite 3000
       San Francisco, CA 94105